UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:13-CR-2 RM |
| ) | |
| LAEF WADE ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 16, 2013. Accordingly, the court ADOPTS those findings and recommendations [docket # 8], ACCEPTS defendant Laef Wade's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 843(b).

SO ORDERED.

ENTERED:  February 5, 2013

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana